IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY MILTON,

    Petitioner,

 -vs-                             No. 15-cv-957-DRH-CJP

T.G. WERLICH,

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Writ of Habeas Corpus 28 U.S.C. § 2241 Petition (Doc. 1).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on January 24, 2018 (Doc. 21), Petitioner's Writ of Habeas Corpus is **DENIED**, and this cause of action is **DISMISSED with prejudice**. Judgment is entered in favor of Respondent and against Petitioner.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  s/*Lisa M. Tidwell*
       Deputy Clerk

APPROVED: *[signature]*

Judge Herndon
2018.01.24
14:27:27 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT